No. 814. Onan et al. *v.* National Labor Relations Board. February 12, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Cir-

844

cuit denied. *Mr. R. H. Fryberger* for petitioners. *Solicitor General Fahy, Mr. Alvin J. Rockwell, Misses Ruth Weyand* and *Fannie M. Boyls* for respondent.